DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

KENTREIA MICHELLE RUSSELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1307

————————————————

August 30, 2024

Appeal from the Circuit Court for Hillsborough County; Laura E. Ward, Judge.

Howard L. Dimmig, II, Public Defender, and Robert D. Rosen, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Clara V. Murga, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

SLEET, C.J., and CASANEUVA and MORRIS, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.